FILED
2008 Apr-16 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: CR 06-S-379-S |
| | ) | |
| WARREN CHARLES WILLIAMS | ) | |

### MEMORANDUM OPINION

This matter is before the Court on the defendant's second motion for mental evaluation and for a determination of the defendant's competency to stand trial. (Doc. No. 28). The Court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation (doc. no. 31), and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. Accordingly, the court finds that the motion for an additional evaluation (doc. no. 28) is due to be denied. The Court further finds that the defendant is competent to either stand trial or knowingly and intelligently enter a plea of guilty. An order consistent with this memorandum opinion will be entered contemporaneously herewith.

DONE this 16th day of April, 2008.

_____
United States District Judge